UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA MACAYAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESTERN PROGRESSIVE, LLC, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-2161-JAM-EFB PS<br><br><br>ORDER |

　　　　Plaintiff moves to amend the complaint to name an additional defendant, Shellpoint Mortgage Servicing, Inc.[1]  ECF No. 15 at 2.  The currently named defendants, Western Progressive, LLC and Ocwen Loan Servicing, LLC, which have already appeared in this action, have filed a statement of non-opposition to plaintiff's motion.  ECF No. 21.

　　　　Accordingly, it is hereby ORDERED that:

　　　　1. The hearing set for May 4, 2016 is vacated.

　　　　2. Plaintiff's motion to amend (ECF No. 15) is granted and this action will proceed on plaintiff's first amended complaint (ECF No. 16).

　　　　3. The Clerk is directed to issue summons as to defendant Shellpoint Mortgage Servicing, Inc.

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

1

 4. Defendants Western Progressive, LLC and Ocwen Loan Servicing, LLC shall file a response to the first amended complaint within the time prescribed by the Federal Rules of Civil Procedure.

 5. The May 4, 2016 initial scheduling conference is continued to August 10, 2016 at 10:00 a.m., in Courtroom No. 8.

 6. Defendants Western Progressive, LLC and Ocwen Loan Servicing, LLC's request to appear to telephonically at the May 4, 2016 hearing is denied as moot.

DATED: April 28, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE